Case 4:18-cv-00044   Document 31   Filed on 04/19/18 in TXSD   Page 1 of 4

United States District Court
Southern District of Texas
**ENTERED**
April 19, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY KJESSLER, individually and on behalf of all others similarly situated, | § § § § § § | CASE NO. 4:18-cv-430 |
| Plaintiff, | § § | |
| v. | § § | |
| ZAAPPAAZ, INC. d/b/a WB Promotions, Inc., d/b/a Wrist-band.com, d/b/a Customlanlayrd.net, *et al.*, | § § § § § | |
| Defendants. | § § | |
| LAURA BRALEY, individually and on behalf of all others similarly situated, | § § § § § | CASE NO. 4:17-cv-3064 |
| v. | § § | |
| MASHNOON AHMED, *et al.*, | § § § | |
| Defendants. | § § § | |
| KLAIRE RUECKERT, individually and on behalf of all others similarly situated, | § § § § § | CASE NO. 4:17-cv-3607 |
| Plaintiff, | § § § | |
| v. | § § | |
| ZAAPPAAZ, INC. d/b/a | § | |

| | | |
|---|---|---|
| WB Promotions, Inc., d/b/a Wrist-band.com, d/b/a Customlanlayrd.net, *et al.*, <br><br> Defendants. | § § § § § § § | |
| SUMMER LANG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ZAAPPAAZ, INC. d/b/a WB Promotions, Inc., d/b/a Wrist-band.com, d/b/a Customlanlayrd.net, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | CASE NO. 4:18-cv-044 |
| TIMOTHY HAYDEN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GENNEX MEDIA, LLC, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § | CASE NO. 4:18-cv-0883 |

## **ORDER**

The Court has received Plaintiffs' Joint Motion for Consolidation (the "Motion") [Doc. # 73] and Plaintiff Timothy Hayden's Notice of Joinder in the

Motion (the "Joinder") [Doc. # 88]. Having consulted with the Judges in the above-captioned cases who would be affected by the Motion and the Joinder, it is hereby

**ORDERED** that Plaintiffs' Joint Motion for Consolidation [Doc. # 73] is **GRANTED**. The following cases are **TRANSFERRED** to the undersigned and **CONSOLIDATED** into case number 4:18-cv-430:

1. *Kjessler v. Zaappaaz, Inc., et al.*, No. 18-00430 (S.D. Tex.)
2. *Braley v. v. Zaappaaz, Inc., et al.*, No. 17-3064 (S.D. Tex.) (the "*Braley* Action")
3. *Rueckert v. Zaappaaz, Inc., et al.*, No. 17-3607 (S.D. Tex.) (the "*Rueckert* Action")
4. *Lang v. Zaappaaz, Inc., et al.*, No. 18-0044 (S.D. Tex.) (the "*Lang* Action")
5. *Haden v. Zaappaaz, Inc., et al.*, No. 18-0883 (S.D. Tex.) (the "*Haden* Action")

It is further

**ORDERED** that all future pleadings are to be filed only under case number 4:18-cv-430.

SIGNED at Houston, Texas, this 19th day of **April, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE